**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**CASE NO. 24-CR-9 (ECT/JFD)**

_____

UNITED STATES OF AMERICA,

      Plaintiff,                            **MOTION FOR FURLOUGH**

RUBIN DAVID ADAMS,

      Defendant.

_____

Defendant, Rubin David Adams, by and through his undersigned counsel, and pursuant to 18 U.S.C. § 3142(i)(4), respectfully moves the Court to grant him a furlough to attend the funeral of his aunt. The funeral services are scheduled for Sunday, March 30, 2025, at 10:00 a.m. at the Billman-Hunt Funeral Chapel, 2701 Central Avenue NE, Minneapolis, MN 55418. Mr. Adams respectfully requests that the U.S. Marshals transport him directly from the Sherburne County Jail to the above-named funeral home for a private viewing with the decedent before returning Mr. Adams to the Sherburne County Jail.

Undersigned counsel has met and conferred via email with Assistant United States Attorney Evan Gilead regarding the furlough request. Mr. Gilead informed undersigned counsel that the government does not object to the furlough, so long as United States Probation and the U.S. Marshals do not have any objection and can accommodate the request.

Dated: March 27, 2025						Respectfully submitted,

							*/s/ Arthur J. Waldon*
							Arthur J. Waldon (Attorney No. 0397729)
							**Waldon Law, PLLC**
							P.O. Box 1242
							Lakeville, MN 55044
							Tel: (612) 719-0625
							Email: arthur@waldonlawmn.com

							*Attorney for Defendant*