UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| United States of America, | File No. 24-cr-9 (ECT/JFD) |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| Rubin David Adams, | |
| Defendant. | |

---

Defendant Rubin David Adams seeks a furlough on Sunday, March 30, 2025, to attend the funeral of his aunt in Minneapolis, Minnesota. ECF No. 57. Adams requests that the U.S. Marshals Service transport him from the Sherburne County Jail to the funeral and then return him to the jail. *Id*. The nature and circumstances of Mr. Adams's offense, his history and characteristics, and the absence of a reasonably specific justification for the furlough all weigh against granting the motion. Also, the Court has been informed that the Marshals Service is not available to transport Mr. Adams as he requests. Accordingly, for these reasons, and based on all the files, records, and proceedings herein, **IT IS ORDERED** that Defendant Rubin David Adams's Motion for Furlough [ECF No. 57] is **DENIED**.

Dated: March 28, 2025

s/ Eric C. Tostrud
Eric C. Tostrud
United States District Court