# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

## SENTENCING HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, | **COURT MINUTES** |
| Plaintiff, | BEFORE: Hon. Eric C. Tostrud<br>United States District Judge |
| v. | Case No.: 24-CR-9(1) (ECT/JFD) |
| RUBIN DAVID ADAMS, | Date: May 28, 2025 |
| | Court Reporter: Tim Willette |
| | Courthouse: St. Paul |
| | Courtroom: 7D |
| | Time in Court: 11:05 a.m. – 11:55 a.m. |
| Defendant. | Total Time: 50 Minutes |

**APPEARANCES:**

    For Plaintiff: Evan Gilead, United States Attorney's Office
    For Defendant: Arthur Waldon, Waldon Law, PLLC and Andrew Birrell, Birrell Law Firm PLLC
    ☐ FPD, ☒ CJA, ☐ Retained, ☐ Appointed

Interpreter/Language: None / English

☒ Hearing held on objections to the presentence report.
☒ Sentencing Hearing.

**IT IS ORDERED:**

| Count No. | Plea | Verdict | BOP | AG | SR | PROB | HA |
|---|---|---|---|---|---|---|---|
| 1 | X | | 132 Months | | 5 Years | | |
| 2 | X | | 132 Months | | 5 Years | | |

Said terms of BOP as to Counts 1 and 2    ☐ Consecutive ☒ Concurrent
Said terms of SR as to Counts 1 and 2    ☐ Consecutive ☒ Concurrent

☒ Special Conditions of:      *See J&C for special conditions.*

☒ Defendant sentenced to pay:
    ☒ Special assessment in the amount of $100.00 for Count 1.
    ☒ Special assessment in the amount of $100.00 for Count 2.
    ☒ Restitution in the amount of $77,998.33.
☒ Government motion to dismiss Counts 3 and 4 was granted.
☒ ECF No. 67 to be sealed permanently.
☒ Defendant remanded to the U.S. Marshal.

                                                                                                                                                        s/ R. Morton
                                                                                                                                                        Courtroom Deputy